2 A.3d 469

**Jose FIGUEROA, Petitioner**

v.

**John A. PALAKOVICH, Superintendent of State Correctional Institution Camp Hill et al., Respondents.**

**No. 31 EM 2010.**

Supreme Court of Pennsylvania.

July 27, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

2 A.3d 469

**COMMONWEALTH of Pennsylvania ex rel. Brian KAMINSKI, Petitioner**

v.

**Mr. MAZURKIEWICZ, Superintendent SCI–Greensburg, Respondent.**

**No. 49 EM 2010.**

Supreme Court of Pennsylvania.

July 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**